600 A.2d 190

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William Henry REDMOND.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1991.

Decided Jan. 10, 1992.

William H. Ryan, Jr., Dist. Atty., Dennis C. McAndrews, Deputy Dist. Atty., for appellant.

Michael J. Malloy, Media, for appellee.

Arthur Thomas Donato, Jr., Media, for amicus Pa. Assoc. of Crim. Defense Lawyers.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., dissents.